IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KYLE ANDERSON and DOMINICK SOTO, Individually and on Behalf of All Those Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> EIGHT FAHRENHEIT, INC. and RAJIV SHAH, Jointly and Severally, <br><br> Defendants. | Case No.: <br> 1:18-cv-02177-WMR |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Approve Settlement and Dismiss Lawsuit with Prejudice (Doc. 11; hereinafter "Motion"). The Parties request that the Court review and approve the Settlement Agreement (Doc. 11-1) and dismiss this action with prejudice. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after

1

scrutinizing the settlement for fairness.") (citations omitted).

The Court has reviewed the Motion, the Settlement Agreement, and the record. The Court concludes that the terms of the settlement (1) are fair to the named Plaintiffs; (2) reflect a reasonable compromise over the issues that are actually in dispute in this case; and (3) demonstrate a good-faith intention by the parties that the Plaintiffs' claims be fully and finally resolved. The Court further finds that the settlement (1) arrived at a fair disposition of the claims and (2) arrived at a fair and reasonable settlement of the attorney's fees and costs of litigation. See generally Lynn's Food Stores, 679 F.2d at 1353.

Accordingly,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Approve Settlement and Dismiss Lawsuit with Prejudice (Doc. 11) is **GRANTED**. The Settlement Agreement (Doc. 11-1) is **APPROVED**. This action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 29th day of November, 2018.

_William M. Ray II_
_____
**UNITED STATES DISTRICT JUDGE**